UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**LUZ ELENA CORNEJO,**<br><br>Defendant. | CASE NO.:  22-CR-01872-JLS<br><br>Hon. Janis L. Sammartino<br>Date: December 2, 2022<br>Time: 1:30 p.m.<br><br>**ORDER** |
|---|---|

JOINT MOTION HAVING BEEN ENTERED by the parties, and

GOOD CAUSE appearing, IT IS HEREBY ORDERED, that defendant's Motion Hearing/Trial Setting be continued from October 14, 2022, to December 2, 2022, at 1:30 p.m. before Honorable Janis L. Sammartino. Defendant shall file an acknowledgement of the new hearing date within one week of this order.

For the reasons set forth in the joint motion, time is excluded in the interest of justice. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  October 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge